

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

DEC 14 2017

TONY R. MOORE, CLERK
BY_____ DEPUTY

AUSA
DAN McCOY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:17CR00329- |
| | * | 21 U.S.C. §§ 846, 841(a)(1), |
| VERSUS | * | 841(b)(1)(A), 841(b)(1)(B), |
| | * | and 853 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (01)* | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (02)* | | UDJ/KAY |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (03)* | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (04)* | | **4:18mj0806** |
| | * | |
| DONNIE JERMAINE LEWIS (05)* | | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (06)* | | |

United States Courts
Southern District of Texas
FILED
*May 16, 2018*
David J. Bradley, Clerk of Court

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE
[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846]

From on or about January 2016, and continuing until on or about August 24, 2016, in the Western District of Louisiana, and elsewhere, the defendants ▓▓▓▓▓▓ ▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓, DONNIE JERMAINE LEWIS, and ▓▓▓▓▓▓▓▓▓▓▓▓▓, did knowingly and intentionally combine, conspire, confederate and agree, together, and with persons known and unknown to the Grand Jury, to commit the following offense against the United States, that is, to distribute and possess with the intent to

1

distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846. [21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846].

## OVERT ACT(S)

In furtherance of this conspiracy and to accomplish the objects of it, one or more of the defendants or conspirators, both indicted and unindicted, committed, among others, the following overt acts in the Western District of Louisiana and elsewhere, including, but not limited to the offense alleged in Count 2 of this Indictment, which are incorporated herein by reference as overt acts.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846. [21 U.S.C. §§ 841(a)(1) and 846].

## COUNT 2

### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

On or about the 26th day of July, 2016, in the Western District of Louisiana, the defendant, ERIC BELONEY, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)].

## FORFEITURE ALLEGATION

1. The allegation contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1), and 846, the defendants, ~~[REDACTED]~~, DONNIE JERMAINE LEWIS, and ~~[REDACTED]~~, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense alleged in Count 1.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence
   b. been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

REDACTED
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>DONNIE JERMAINE LEWIS<br>1819 Commerce Street<br>Houston, TX<br>Or Wherever Found<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:17cR00329 -05<br><br>UDJ / KAY |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DONNIE JERMAINE LEWIS, Wherever Found ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Cocaine [21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846]
Forfeiture [21 U.S.C. § 853]

Date: Dec 14, 2017

_____
*Issuing officer's signature*

City and state: Lafayette, Louisiana    PATRICK J. HANNA, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
_____
*Arresting officer's signature*

_____
*Printed name and title*